IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN CARLOS CARRANZA MATAMOROS,[1]<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, ACTING SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 1:24-CV-5364-SCJ |

ORDER

This matter appears before the Court on Defendants' Unopposed Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction (Mootness), pursuant to Federal Rule of Civil Procedure 12(b)(1). Doc. No. [11].

On November 21, 2024, Plaintiff filed this action seeking mandamus and injunctive relief against Defendants regarding his petition and application for an immigration visa. Doc. No. [1]. The primary relief Plaintiff sought was to have

---

[1] Former Plaintiffs Kimberly Carranza Matamoros and Maria Matamoros Lainez filed a voluntary dismissal and are no longer parties to this action. Doc. No. [8].

Defendants "perform their duty to decide on Plaintiffs' U application" Id. Since the filing of Plaintiff's Complaint, U.S. Citizenship and Immigration Services ("USCIS") has issued a decision denying Plaintiffs' 1-918A, Petition for U Nonimmigrant Status, and I-192, Application for Advance permission to Enter as a Nonimmigrant.

According to Defendants, this denial constitutes a final action regarding Plaintiff's petition and application. Doc. No [11]. Based on the denial issued by USCIS, as well as Plaintiff's lack of opposition to this motion, the Court agrees. Defendants' unopposed Motion to Dismiss the Complaint for Mootness (Doc. No. [11]) is **GRANTED**.

IT IS SO ORDERED this __31st__ day of July, 2025.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE